USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/7/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JOSEPH GUGLIELMO,** *on behalf of himself and all others similarly situated*,

                     **Plaintiff,**

      **-against-**

**CIRE TRUDON USA, INC.,**

                     **Defendant.**

**20-cv-05200 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On July 7, 2020, Plaintiff Joseph Guglielmo ("Plaintiff") commenced this action pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* ("ADA") and the New York City Human Rights Law ("NYCHRL").  ECF No. 1.  Defendant was served on July 13, 2020 and its answer was due on August 3, 2020.  ECF No. 7.  To date, Defendant has not responded to Plaintiff's complaint.

    On November 12, 2020, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). ECF No. 8.  The Court advised Plaintiff that such a showing should be made by filing a written response by December 3, 2020, and sending a courtesy copy to Chambers.  The Court warned Plaintiff that any failure by him to make this showing would result in a dismissal of this case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Plaintiff has not made such a showing.  As such, the Court dismisses the case without prejudice for failure to prosecute.  The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

**Dated:**      **January 7, 2021**
               **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**